JOHN H. GREGORY, Respondent, *v.* JOHN L. LINDSAY et al., Appellants.

(Argued September 19, 1874; decided January term, 1875.)

THE only questions presented in this case were as to the rejection of evidence. It was *held*, that if the rejection was error it was cured by the reception of evidence thereafter proving the facts sought to be established by the rejected evidence.

*K. E. W. McEwan* for the appellants.

*C. W. Van Voorhis* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.